IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

ROBBIE HAGEL,   CV-12-12-BLG-RFC-CSO

   Plaintiff,

v.

BILLINGS CLINIC,

   Defendant.

**FILED**
MAY 18 2012
PATRICK E. DUFFY CLERK
BY_____
   Deputy Clerk

### ORDER OF DISMISSAL WITH PREJUDICE

The parties have filed a stipulation for Dismissal with Prejudice,

IT IS HEREBY ORDERED that this case is dismissed with prejudice, with each party to bear his or its own costs and attorneys' fees.

DATED this 18th day of May, 2012.

BY THE COURT:

/s/ Richard F. Cebull
RICHARD F. CEBULL
U.S. DISTRICT COURT JUDGE